UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRIAN JOSEPH GUILLOTTE**  CIVIL NO. 21-1850

**VERSUS**  SECTION: T(4)

**LAFOURCHE PARISH, LOUISIANA STATE, and CRAIG WEBRE**

## ORDER

On April 5, 2022, the Magistrate Judge issued a Report and Recommendation, recommending that the Plaintiff's 42 U.S.C. § 1973 claims be DISMISSED WITH PREJUDICE and the Plaintiff's remaining state law claims be DISMISSED WITHOUT PREJUDICE.[1] The Plaintiff failed to file an objection. Having carefully considered the filings, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the Report and Recommendation is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the Plaintiff's § 1983 claims be **DISMISSED WITH PREJUDICE** as frivolous, failing to state claim for which relief can be granted, and seeking relief from an immune defendant.

**IT IS FURTHER ORDERED** that the Plaintiff's state law claims be **DISMISSED WITHOUT PREJUDICE** as the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367.

New Orleans, Louisiana, this 9th day of May, 2022.

Hon. Greg Gerard Guidry
United States District Judge

---

[1] R. Doc. 5.